UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2022-10
CASE # 22-MC-20028

IN RE:  KENNETH EDWARD WALTON, II
FLORIDA BAR # 183997
_____/

FILED BY ____CW____ D.C.
Jan 19, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## ORDER OF SUSPENSION

On December 20, 2021, the Supreme Court of Florida entered an Order of Suspension, suspending Kenneth Edward Walton, II from the practice of law. *See The Florida Bar v. Walton*, No. SC21-243, 2021 WL 6013465 (Fla. Dec. 20, 2021) [ECF No. 1]. The suspension was predicated on an uncontested report of the referee, which was based upon an Unconditional Guilty Plea for Consent Judgment. (*See* [ECF No. 2]).

Rule 9(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, Local Rules of the United States District Court for the Southern District of Florida, provides that "[a]n attorney . . . who shall be suspended . . . on consent . . . from the bar of any state . . . while an investigation into allegations of misconduct is pending shall . . . cease to be permitted to practice before this Court and be stricken from the roll of attorneys admitted to practice before this Court." *Id*. (alterations added). Under these circumstances involving suspension on consent, service of an order to show cause is unnecessary, and the attorney may be immediately suspended.

In accordance with Rule 9(b) and the inherent authority of this Court to oversee officers admitted to membership in its bar, *see Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) ("[A] federal court has the power to control admission to its bar and to discipline attorneys who appear before it." (alteration added)),

**IT IS ORDERED** that Mr. Walton is suspended from practice in this Court, effective

immediately. Mr. Walton may not resume the practice of law before this Court until reinstated by court order. *See* Rule 12(a). The Clerk of Court shall strike this attorney from the roll of attorneys eligible to practice in the United States District Court for the Southern District of Florida and shall also immediately revoke the attorney's CM/ECF password.

**IT IS FURTHER ORDERED** that Mr. Walton shall advise the Clerk of Court of all pending cases before this Court in which he is counsel or co-counsel of record.

**IT IS FURTHER ORDERED** that the Clerk of Court attempt to serve by certified mail a copy of this Order of Suspension upon Mr. Walton at his court record and Florida Bar addresses.

**DONE AND ORDERED** in Miami, Florida, this 19th day of January, 2022.

*[signature]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

c: All South Florida Eleventh Circuit Court of Appeals Judges
All Southern District of Florida District Judges, Bankruptcy Judges, and Magistrate Judges
United States Attorney
Circuit Executive
Federal Public Defender
Clerks of Court – District, Bankruptcy, and 11th Circuit
Florida Bar and National Lawyer Regulatory Data Bank
Library
Kenneth Edward Walton, II